UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| POWDER COATING CONSULTANTS, <br> A DIVISION OF NINAN, INC. | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 3:09cv200 (WWE) |
| | : | |
| v. | : | |
| | : | |
| THE POWDER COATING INSTITUTE, INC. | : | |
| | : | |
| Defendant. | : | June 15, 2012 |

## APPEARANCE

Please enter the appearance of the undersigned on behalf of Plaintiff, Powder Coating Consultants, a Division of Ninan, Inc.

THE PLAINTIFF

BY: _____
John P. DiManno ct28959
HURWITZ SAGARIN SLOSSBERG & KNUFF, LLC
147 North Broad Street
Milford, Connecticut 06460
(203) 877-8000 (telephone)
(203) 878-9800 (facsimile)
jdimanno@hssklaw.com

## Certificate of Service

This is to certify that on June 15, 2012, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to all parties that are unable to accept electronic filing. Parties may access this filing through the Court's electronic system.

_____
John P. DiManno